**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**FRANCISCO MARTIN,**

    **Plaintiff,**

v.                                                     Case No.  8:12-cv-656-T-30EAJ

**ONE BRONZE ROD, et al.,**

    **Defendants.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff Francisco Martin's Objections, which he filed *pro se*, to an order issued by United States Magistrate Judge Elizabeth A. Jenkins (Dkt. 18). Specifically, the order Plaintiff objects to is the Magistrate Judge's denial of his motion to reconsider her partial denial of his motion for an order directing the clerk to issue a warrant of arrest in rem as to Defendants One Bronze Rod (TX 1) and TX 3(1)-(3).[1] Upon consideration of Plaintiff's Objections, and being otherwise advised of the premises, the Court concludes that the Objections should be overruled.

---

[1] The Magistrate Judge concluded, in part, that the amended complaint alleged sufficient facts showing a maritime peril for Defendant TX 1, but failed to allege sufficient facts showing a maritime peril for, or success in salvaging, Defendants TX 3(1)-(3) (Dkt. 17). She also concluded that Plaintiff did not have actual or constructive possession of Defendants TX 3(1)-(3) and did not establish a forfeiture action in rem for piratical cargo. Thus, she granted Plaintiff's motion for a warrant of arrest in rem with respect to Defendant TX 1 and denied the motion with respect to Defendants TX 3(1)-(3).

Under Rule 72(a) of the Federal Rules of Civil Procedure, a party may object to a nondispositive order entered by a magistrate judge, but in order to prevail, it must establish that the order is <u>clearly erroneous or contrary to law</u>.  Upon consideration of the record in this case, the Court concludes that Plaintiff has not demonstrated clear error or a ruling that is contrary to law.  Plaintiff quibbles with the Magistrate Judge's conclusions, but does not establish anything more than a difference of opinion.  Under these circumstances, it would be inappropriate for the Court to vacate any portion of the Magistrate Judge's order.

It is therefore ORDERED AND ADJUDGED that:

1. Plaintiff Francisco Martin's Objections (Dkt. 18) are OVERRULED and the Magistrate Judge's Order (Dkt. 17) is AFFIRMED.

**DONE** and **ORDERED** in Tampa, Florida on January 28, 2013.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**<u>Copies furnished to:</u>**
Counsel/Parties of Record

S:\Even\2012\12-cv-656.objection18.frm