UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| FRANCISCO MARTIN,<br>　　　　　　Plaintiff,<br>　　v.<br><br>One Bronze Rod,<br>One Chest (including<br>its contents and associated artifacts),<br>One Chest (including<br>its contents and associated artifacts) and<br>One Chest (including its contents and<br>associated artifacts),<br>　　　　　　Defendants *in rem*. | CASE NO.: 8:12-CV-656-T-30EAJ |

## **FINAL JUDGMENT**

**THIS CAUSE** having come to be heard upon plaintiff Francisco Martin's filing of its Amended Complaint dated April 13, 2012, (Dkt #5), asserting claims against *in rem* defendants located within the Middle District of Florida consisting of one bronze rod (referred to during these proceedings as Defendant TX 1) and three copper-lined chests and their contents (referred to as Defendants TX 3(1)-(3)); and this Court having entered various orders granting plaintiff's requested relief in part, denying it in part, and ordering plaintiff to file a proposed final judgment consistent with its rulings;

**ACCORDINGLY**, it is therefore **ADJUDGED**:

1. Plaintiff shall be, and hereby is, granted full title in Defendant TX 1 as its salvage award in respect of that property; and

2. Plaintiff's Amended Complaint shall be, and hereby is, in all other respects dismissed without costs to any party; and

3. Document S-1 and Exhibit 1 to Document S-5 filed in this matter under seal and maintained under seal pursuant to the Court's April 14, 2012 Order (Dkt #9) shall remain under seal; and

4. The Clerk shall immediately turn over to Plaintiff any portion of Defendant TX 1 still in the Court's custody; and

5. The Clerk is hereby directed to mark this case as closed.

DONE AND ORDERED at Tampa, Florida on this 11th day of February, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished to:</u>
Counsel/Parties of Record

S:\Even\2012\12-cv-656 final judgment.docx